In re Estate of Naoma Hartford Ashbeck, Deceased.

Appeal of William S. Hartford, Conservator for Hattie S. Hartford, Incompetent, Appellant, v. William L. Ashbeck, Executor of Estate of Naoma Hartford Ashbeck, Deceased, and Viola J. Ashbeck, Appellees.

Gen. No. 41,190. 

opinion filed January 22, 1941; rehearing denied February 5, 1941. Cohen, Berke & Goldberg, for appellant; Mayer Goldberg and Harry R. Fertig, of counsel; Erwin W. Roemer, for certain appellees; J. Robert Cohler, *pro se.* Opinion by JUSTICE BURKE. "Not to be published in full."